UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMANDO ARIAS MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-02145-JHC<br><br>**STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER**<br><br>Noted for Consideration:<br>December 29, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 6, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his application for adjustment of status. Defendants' response to the Complaint is currently due on January 5, 2026. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until March 6, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.

4     With additional time, this case may be resolved without the need of further judicial
5  intervention. USCIS is diligently working on processing Plaintiff's application but requires more
6  time to do so, particularly given shortstaffing during the busy holiday season. Once the application
7  is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and
8  attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS more time to
9  process Plaintiff's application and thus, the parties hope, to resolve this matter without further
10 court proceedings.

11    As additional time is necessary for this to occur, the parties request that the Court hold the
12 case in abeyance until March 6, 2026. The parties will submit a status update on or before that
13 date.
14 //
15 //
16 //

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND ORDER
[Case No. 2:25-cv-02145-JHC] - 2

DATED this 29th day of December, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 304 words, in compliance with the Local Civil Rules.

*s/ Shara Svendsen*
SHARA SVENDSEN, WSBA No. 38151
Law Office of Shara Svendsen
16300 Mill Creek Blvd., Suite 206
Mill Creek, WA 98104
Phone: 425-361-1511
Fax: 425-953-2410
Email: shara@svenlaw.com

*Attorney for Plaintiff*

**ORDER**

The case is held in abeyance until March 6, 2026. The parties shall submit a status update on or before that date.

It is so **ORDERED**.

DATED this 30th day of December, 2025

_____
John H. Chun
United States District Judge