UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARMANDO ARIAS MALDONADO,

                    Plaintiff,

        v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, *et al.*,

                    Defendants.

Case No. 2:25-cv-02145-JHC

**STIPULATED MOTION TO EXTEND
STAY AND ORDER**

Noted for Consideration:
February 24, 2026.

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to extend the stay these proceedings until June 4, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his application for adjustment of status. The parties are continuing to towards a resolution to this litigation, and therefore request that the Court extend the current stay in this matter.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO EXTEND STAY
AND ORDER
[Case No. 2:25-cv-02145-JHC] - 1

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has been working on Plaintiff's petition and has now scheduled an interview of Plaintiff for March 6, 2026 to gather further information. USCIS will need additional time thereafter to evaluate the new evidence and make a final decision. The parties therefore request that the Court hold the case in abeyance for a further 90 days beyond Plaintiff's scheduled interview, that is until June 4, 2026. The parties will submit a status update on or before that date.

//

//

//

STIPULATED MOTION TO EXTEND STAY
AND ORDER
[Case No. 2:25-cv-02145-JHC] - 2

DATED this 24th day of February, 2026.

Respectfully submitted,


*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 258 words, in compliance with the Local Civil Rules.


*s/ Shara Svendsen*
SHARA SVENDSEN, WSBA No. 38151
Law Office of Shara Svendsen
16300 Mill Creek Blvd., Suite 206
Mill Creek, WA 98104
Phone: 425-361-1511
Fax: 425-953-2410
Email: shara@svenlaw.com

*Attorney for Plaintiff*

STIPULATED MOTION TO EXTEND STAY
AND ORDER
[Case No. 2:25-cv-02145-JHC] - 3

### ORDER

The stay in this case is extended until June 4, 2026.  The parties shall submit a status update on or before that date.

It is so **ORDERED**.

DATED this 24th day of February, 2026.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO EXTEND STAY
AND ORDER
[Case No. 2:25-cv-02145-JHC] - 4